

# Fourth Court of Appeals
## San Antonio, Texas

June 1, 2022

No. 04-22-00226-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

Original Proceeding[1]

**ORDER**

On April 19, 2022, relator filed a petition for writ of habeas corpus. The real party in interest Ad Litem filed a response. We conditionally grant the petition for writ of habeas corpus and order the Honorable Mary Lou Alvarez to, within fifteen days of this order, vacate the following: (1) decretal paragraph 3.2. of the April 14, 2022 Emergency Order; (2) decretal paragraphs 2.2. and 2.3. of the April 18, 2022 Emergency Order; and (3) the Order for Writ of Capias and Setting of Bond signed on April 14, 2022. *See* TEX. R. APP. P. 52.8(c). The writ will issue only in the event we are informed Judge Alvarez has failed to comply with this order.

It is so **ORDERED** on  June 1, 2022.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of June, 2022.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2021-PA-00518, styled *In The Interest of M.T.M.S., a Child*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.